BENTLEY P. STANSBURY III, CASB No. 229102
bentley.stansbury@kyl.com
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, California 90802
Telephone:  (562) 436-2000
Facsimile:  (562) 436-7416

DAVID Y. LIVSHIZ (*pro hac vice to be filed*)
david.livshiz@freshfields.com
HENRY V. HUTTEN (*pro hac vice to be filed*)
henry.hutten@freshfields.com
GRACE W. BRODY (*pro hac vice to be filed*)
grace.brody@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 277-4000
Facsimile:  (212) 277-4001

*Attorneys for Netgear Inc. and Netgear Deutschland GmbH*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**23MC794**

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | CASE NO.: _____ <br><br> **NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Based upon the accompanying Memorandum of Points and Authorities, and Declarations of Stephan Dorn and Henry V. Hutten and the Exhibits attached thereto, applicants Netgear Inc. and Netgear Deutschland GmbH (together, "Netgear"), through

///

1

*EX PARTE* APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

their attorneys, hereby apply to this Court for an *ex parte*[1] order granting this application and entering an order pursuant to 28 U.S.C. § 1782: (i) authorizing Netgear to serve Qualcomm Incorporated ("Qualcomm") with a subpoena substantially in the form of Exhibit A to the Hutten Declaration, (ii) directing Qualcomm to produce documents responsive to the subpoena, and (iii) granting such other relief as this Court deems just and proper.

Netgear respectfully requests that the Court order the production of documents specified in the subpoena within 14 days of service of the same, unless otherwise agreed by the parties.

## JURISDICTION

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 331 and 1782. This Court has personal jurisdiction over Qualcomm because its principal place of business is in San Diego, California.

DATED: June 14, 2023               /s/ Bentley P. Stansbury, III
                                   BENTLEY P. STANSBURY III
                                   KEESAL, YOUNG & LOGAN

                                   DAVID Y. LIVSHIZ (*pro hac vice*)
                                   HENRY V. HUTTEN (*pro hac vice*)
                                   GRACE W. BRODY (*pro hac vice*)
                                   FRESHFIELDS BRUCKHAUS DERINGER US LLP

                                   *Pro Hac Vice Applications Forthcoming*

                                   *Attorneys for Applicants Netgear Inc. and Netgear Deutschland GmbH*

---

[1] "It is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*. The respondent's due process rights are not violated because he can later challenge any discovery request by moving to quash pursuant to Federal Rule of Civil Procedure 45(c)(3)." *Gushlak v. Gushlak*, 486 F. App'x. 215, 217 (2d Cir. 2012); *see also In re Letters Rogatory from Tokyo Dist.*, 539 F.2d 1216, 1219 (9th Cir. 1976) ("Letters Rogatory are customarily received and appropriate action taken with respect thereto *ex parte*.").

2

EX PARTE APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS