1  BENTLEY P. STANSBURY III, CASB No. 229102
   bentley.stansbury@kyl.com
2  KEESAL, YOUNG & LOGAN
   400 Oceangate
3  Long Beach, California 90802
   Telephone:   (562) 436-2000
4  Facsimile:   (562) 436-7416

5  DAVID Y. LIVSHIZ (*pro hac vice to be filed*)
   david.livshiz@freshfields.com
6  HENRY V. HUTTEN (*pro hac vice to be filed*)
   henry.hutten@freshfields.com
7  GRACE W. BRODY (*pro hac vice to be filed*)
   grace.brody@freshfields.com
8  FRESHFIELDS BRUCKHAUS DERINGER US LLP
   601 Lexington Avenue, 31st Floor
9  New York, New York 10022
   Telephone:   (212) 277-4000
10 Facsimile:   (212) 277-4001

11 *Attorneys for Netgear Inc. and Netgear Deutschland GmbH*

12              **UNITED STATES DISTRICT COURT**

13             **SOUTHERN DISTRICT OF CALIFORNIA**

14

15                                    )   CASE NO.: 3:23-mc-00794-BGS
                                       )
16                                     )
                                       )
17 IN RE: *EX PARTE* APPLICATION OF    )   **CORPORATE DISCLOSURE**
   NETGEAR INC. AND NETGEAR            )   **STATEMENT OF NETGEAR INC.**
18 DEUTSCHLAND GMBH FOR AN             )   **AND NETGEAR DEUTSCHLAND**
   ORDER PURSUANT TO 28 U.S.C.         )   **GMBH**
19 § 1782 TO OBTAIN DISCOVERY FOR      )
   USE IN FOREIGN PROCEEDINGS          )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23 _____)

24

25       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local

26 Rule 40.2, applicants Netgear Inc. and Netgear Deutschland GmbH hereby state that:

27       1.      Netgear Inc. has no parent corporation, and Blackrock, Inc. and The

28 Vanguard Group each own 10% or more of its stock.

2.      Netgear Deutschland GmbH is a wholly owned subsidiary of Netgear Inc.

DATED:  June 15, 2023                    Respectfully submitted,


/s/  Bentley P. Stansbury, III
BENTLEY P. STANSBURY III
KEESAL, YOUNG & LOGAN

DAVID Y. LIVSHIZ (*pro hac vice*)
HENRY V. HUTTEN (*pro hac vice*)
GRACE W. BRODY (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP

*Pro Hac Vice Applications Forthcoming*

*Attorneys for Netgear Inc. and Netgear Deutschland GmbH*

CORPORATE DISCLOSURE STATEMENT OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH