1  DAVID KAYS, ESQ. (SBN 120798)
   *dkays@mffmlaw.com*
2  WILLIAM SIAMAS (SBN 133111)
   *wsiamas@mffmlaw.com*
3  MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
4  333 W. San Carlos Street, Suite 1050
   San Jose, California 95110-2735
5  Telephone: (408) 288-8288
   Facsimile:  (408) 288-8325
6
7  Attorneys for Respondent
   Qualcomm Incorporated

8

9                    **UNITED STATES DISTRICT COURT**
10                    **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION NETGEAR INC. AND NETGEAR DEUTHSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 3:23-mc-00794<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR QUALCOMM INCORPORATED** |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** of the following attorneys as counsel for Respondent
3  Qualcomm Incorporated in the above-referenced matter. Please direct copies of all
4  pleadings, notices, orders and other papers filed in the action, to counsel at the following
5  address:

6      David A. Kays
    MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
7      333 West San Carlos Street, Ste. 1050
    San Jose, CA 95110
8      Telephone:   (408) 288-8288
    Facsimile:   (408) 288-8325
9      E-mail:   dkays@mffmlaw.com

10

11  Dated: June 16, 2023          Respectfully submitted,

12                                                  MORGAN FRANICH FREDKIN
                                                      SIAMAS & KAYS LLP

13

14                                      By:  _/s/ David A. Kays_
15                                          DAVID A. KAYS, ESQ.
                                        Attorneys for Qualcomm Incorporated

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in Santa Clara County. I am over the age of eighteen (18) years and not a party to this action; my business address is 333 W. San Carlos Street, Suite 1050, San Jose, California 95110-2735.

On the date indicated below, I served the following document(s):

**NOTICE OF APPEARANCE OF COUNSEL FOR QUALCOMM INCORPORATED**

☒ **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission or through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete without error.

| | |
|---|---|
| Bentley Paul Stansbury, III<br>Keesal Young & Logan<br>400 Oceangate<br>PO Box 1730<br>Long Beach, CA 90801-1730<br>562-436-2000<br>562-436-7416 (fax)<br>bentley.stansbury@kyl.com | *Attorneys for Applicants*<br>NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 16, 2023, at San Jose, California.

                                                      */s/ David A. Kays*
                                                      David A. Kays