UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE EX PARTE APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 USC 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Case No.:   23MC794-BLM

**ORDER REQUIRING RESPONSE**

On June 14, 2023, Petitioners Netgear Inc. and Netgear Deutschland GmbH filed an *ex parte* application requesting an order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery from Qualcomm Incorporated ("Qualcomm"). ECF No. 1-1 at 5. Specifically, Netgear Inc. and Netgear Deutschland GmbH "seek an order pursuant to 28 U.S.C. § 1782 [] to obtain discovery from Qualcomm Incorporated [] for use in two foreign litigation proceedings [] in the Dusseldorf Regional Court in the Federal Republic of Germany." Id.  The case was referred to Magistrate Judge Bernard G. Skomal on the same day. ECF No. 2. On June 20, 2023, Magistrate Judge Bernard G. Skomal recused from the case and it was referred to Magistrate Judge Barbara Major.  ECF No. 8.

Accordingly, the Court **ORDERS** Qualcomm to file a response by **July 24, 2023**.  Any reply by Netgear Inc. and Netgear Deutschland GmbH must be filed by **July 31, 2023**.

**IT IS SO ORDERED**.

Dated:  6/22/2023

Hon. Barbara L. Major
United States Magistrate Judge