1  DAVID A. KAYS, ESQ. (SBN 120798)
   dkays@mffmlaw.com
2  DONN WASLIF, ESQ. (SBN 164538)
   dwaslif@mffmlaw.com
3  FREEDA Y. LUGO, ESQ. (SBN 244913)
   flugo@mffmlaw.com
4  MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
   333 W. San Carlos St., Ste. 1050
5  San Jose, California 95110
   Telephone:  (408) 288-8288
6  Facsimile:   (408) 288-8325

7  Attorneys for Miscellaneous Party
   QUALCOMM INCORPORATED
8

9

10              **UNITED STATES DISTRICT COURT**

11              **SOUTHERN DISTRICT OF CALIFORNIA**

12

| In re Ex Parte Application of NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 To Obtain Discovery For Use In Foreign Proceedings. | CASE NO.: 3:23-MC-00794-BLM<br><br>**QUALCOMM INCORPORATED'S RESPONSE TO NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |
|---|---|

QUALCOMM'S RESPONSE TO NETGEAR'S EX PARTE APPLICATION

1 | Qualcomm Incorporated ("Qualcomm") respectfully submits this Response to Netgear Inc. and Netgear Deutschland GMBH's (collectively "Netgear") Ex Parte Application for an Order Pursuant To 28 U.S.C. § 1782 To Obtain Discovery For Use In Foreign Proceedings ("1782 Application") (Dkt. No. 1).

Qualcomm does not oppose Netgear's 1782 Application, but respectfully does so without conceding that it has anything responsive or relevant to produce and reserving the right to (1) make objections to and challenge the substance of Netgear's discovery requests, including objections under Federal Rule of Civil Procedure 45, (2) seek a Protective Order governing the treatment of Qualcomm's confidential information in the event Qualcomm has any responsive or relevant materials to produce and (3) move to quash the subpoena.

Dated: August 18, 2023

MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP

By: _/s/ David A. Kays_
DAVID A. KAYS, ESQ.
Attorneys for Qualcomm Incorporated

# CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in Santa Clara County. I am over the age of eighteen (18) years and not a party to this action; my business address is 333 W. San Carlos Street, Suite 1050, San Jose, California 95110-2735.

On the date indicated below, I served the following document(s):

- **QUALCOMM INCORPORATED'S RESPONSE TO NETGEAR'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

☒ **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission or through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete without error.

| | |
|---|---|
| Bentley P. Stansbury III<br>Bentley.stansbury@kyl.com<br>KEESAL, YOUN & LOGAN.<br>400 Oceangate<br>Longbeach, CA 90802<br>Telephone: (562) 436-2000<br>Facsimile: (562) 436-7416 | *Attorneys for Applicant*<br>NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH |
| David Y. Livshiz (*pro hac vice*)<br>David.livshiz@freshfields.com<br>Henry V. Hutten (*pro hac vice*)<br>Henry.hutten@freshfields.com<br>Grace W. Brody (*pro hac vice*)<br>grace.brody@freshfields.com<br>FRESHFIELDS, ET AL.<br>601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 18, 2023, at San Jose, California.

                                           */s/ David A. Kays*
                                               David A. Kays