1  BENTLEY P. STANSBURY III, CASB No. 229102
   bentley.stansbury@kyl.com
2  **KEESAL, YOUNG & LOGAN**
3  400 Oceangate
   Long Beach, California 90802
4  Telephone: (562) 436-2000
   Facsimile: (562) 436-7416
5
6  DAVID Y. LIVSHIZ (pro hac vice)
   david.livshiz@freshfields.com
7  HENRY V. HUTTEN (pro hac vice)
   henry.hutten@freshfields.com
8  GRACE W. BRODY (pro hac vice)
   grace.brody@freshfields.com
9  **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
10 601 Lexington Avenue, 31st Floor
   New York, New York 10022
11 Telephone: (212) 277-4000
   Facsimile: (212) 277-4001
12
13 *Attorneys for Applicants Netgear Inc. and Netgear Deutschland GmbH*

14 DAVID A KAYS, (SBN 120798)
   dkays @mffmlaw.com
15 DONNWASLIF (SBN 164538)
   dwaslif@mffmlaw.com
16
17 FREEDA Y. LUGO (SBN 244913)
   flugo@mffmlaw.com
18 **MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP**
19 333 W. San Carlos St., Ste. 1050
   San Jose, California 95110
20 Telephone:  (408) 288-8288
   Facsimile:  (408) 288-8325
21
22 *Attorneys for Respondent Qualcomm Limited*

23
24
25
26
27
28

-1-

JOINT MOTION FOR STIPULATED PROTECTIVE ORDER
CASE NO. 23MC794-BLM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

IN RE: EX PARTE APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Case No.: 23MC794-BLM

**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**

On June 14, 2023, petitioners Netgear Inc. and Netgear Deutschland GmbH (together, the "**Applicants**") commenced the above-captioned miscellaneous proceeding by filing an *ex parte* application pursuant to 28 U.S.C. § 1782 for leave to serve a subpoena (the "**Subpoena**") on respondent Qualcomm Incorporated (the "**Respondent**," and, along with the Applicants, the "**Parties**"). The Subpoena seeks the production of documents for the Applicants' use in connection with litigation proceedings between the Applicants and Huawei Technologies Co., Ltd ("**Huawei**"), which are pending in Germany.

On August 30, 2023, the Court entered an order authorizing the Applicants to serve the Subpoena on the Respondent. *See* Dkt. No. 17. The Applicants did so on the same day.

The Subpoena seeks the production of documents that may contain confidential, proprietary, or private information. As a result, and after meeting and conferring, the Parties jointly and respectfully request that the Court so-order the Proposed Stipulated Protective Order that is attached hereto as **Exhibit A**, which governs the use of discovery material that is produced in connection with the above-captioned miscellaneous proceeding, and provides protections for certain confidential

or proprietary information for which protection from public disclosure may be warranted.  The Proposed Order is tailored to extend only to information that is entitled to confidential treatment under applicable legal principles.

DATED: October 16, 2023                    Respectfully submitted,


/s/ *Bentley P. Stansbury, III*

Bentley P. Stansbury, III
**KEESAL, YOUNG & LOGAN**

David Y. Livshiz (pro hac vice)
Henry V. Hutten (pro hac vice*)*
Grace W. Brody (pro hac vice)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

*Attorneys for Applicants*
*Netgear Inc. and Netgear Deutschland GmbH*



/s/ *Donn Waslif*

David A. Kays (SBN 120798)
dkays @mffmlaw.com
Donn Waslif (SBN 164538)
dwaslif@mffmlaw.com
Freeda Y. Lugo (SBN 244913)
flugo@mffmlaw.com
**MORGAN FRANICH FREDKIN SIAMAS & KAYS**

*Attorneys for Respondent*
*Qualcomm Incorporated*

JOINT MOTION FOR STIPULATED PROTECTIVE ORDER
CASE NO. 23MC794-BLM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Donn Waslif, counsel for Respondent Qualcomm Incorporated, and that I have obtained Mr. Waslif's authorization to affix his electronic signature to this document as required by section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedural Manual.


/s/ *Bentley P. Stansbury, III*

**KEESAL, YOUNG & LOGAN**
400 Oceangate
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

*Attorney for Applicants Netgear Inc.*
*and Netgear Deutschland GmbH .*

JOINT MOTION FOR STIPULATED PROTECTIVE ORDER
CASE NO. 23MC794-BLM