BENTLEY P. STANSBURY III, CASB No. 229102
bentley.stansbury@kyl.com
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, California 90802
Telephone:  (562) 436-2000
Facsimile:  (562) 436-7416

DAVID Y. LIVSHIZ (*pro hac vice*)
david.livshiz@freshfields.com
HENRY V. HUTTEN (*pro hac vice*)
henry.hutten@freshfields.com
GRACE W. BRODY (*pro hac vice*)
grace.brody@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 277-4000
Facsimile:  (212) 277-4001

*Attorneys for Applicants Netgear Inc.
and Netgear Deutschland GmbH.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | CASE NO.: 3:23-MC-00794-BLM<br><br>**NOTICE OF MOTION OF NETGEAR INC. AND NETGEAR GMBH TO SEAL PORTIONS OF THEIR *EX PARTE* APPLICATION TO MODIFY PROTECTIVE ORDER AND RELATED DOCUMENTS** |

TO ALL PARTIES OR THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that before the Honorable Barbara Lynn Major, at James M. Carter and Judith N. Keep Courthouse, 333 W. Broadway, San Diego, CA, 92101, and on the accompanying memorandum of law and points of authorities, Netgear Inc and

Netgear GmbH (together "**Netgear**") will seek an order to seal portions of their *Ex Parte* Application to Modify Protective Order, and portions of documents supporting that Application on a date and time to be determined by the Court.

DATED: November 9, 2023

                                    Respectfully Submitted,

                                    /s/   Bentley P. Stansbury III
                                  BENTLEY P. STANSBURY III
                                  KEESAL, YOUNG & LOGAN

                                  DAVID Y. LIVSHIZ (*pro hac vice*)
                                  HENRY V. HUTTEN (*pro hac vice*)
                                  GRACE W. BRODY (*pro hac vice*)
                                  FRESHFIELDS BRUCKHAUS DERINGER US LLP

                                  *Attorneys for Applicants Netgear Inc. and Netgear Deutschland GmbH*