BENTLEY P. STANSBURY III, CASB No. 229102
bentley.stansbury@kyl.com
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, California 90802
Telephone:  (562) 436-2000
Facsimile:   (562) 436-7416

DAVID Y. LIVSHIZ (*pro hac vice*)
david.livshiz@freshfields.com
HENRY V. HUTTEN (*pro hac vice*)
henry.hutten@freshfields.com
GRACE W. BRODY (*pro hac vice*)
grace.brody@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 277-4000
Facsimile:   (212) 277-4001

*Attorneys for Applicants Netgear Inc.
and Netgear Deutschland GmbH.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | CASE NO.: 3:23-MC-00794-BLM<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF NETGEAR INC. AND NETGEAR GMBH TO SEAL PORTIONS OF THEIR *EX PARTE* APPLICATION TO MODIFY PROTECTIVE ORDER AND RELATED DOCUMENTS** |

Pursuant to Section 2(j) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, Rule VI of the Honorable Barbara Lynn Major's Chambers Rules-Civil Cases, and Local Civil Rule 79.2, and in support of their motion for an order (the "**Motion To Seal**") allowing portions of Netgear's *Ex Parte* Application To Modify the Protective Order (the "**Application**") and related documents to be filed under seal, Netgear Inc. and Netgear Deutschland, GmbH (together, "**Applicants**" or "**Netgear**") respectfully state as follows.

As grounds for this Motion, Netgear states that, pursuant to the Order Granting Joint Motion For Protective Order (the "**Protective Order**," Dkt. No. 20),[1] Respondent Qualcomm Incorporated ("**Qualcomm**") has designated documents (and the information derived therefrom) that it has produced in the above-captioned miscellaneous proceeding (the "**1782 Proceeding**") as "QUALCOMM – OUTSIDE ATTORNEYS' EYES ONLY" material (collectively "**Designated Qualcomm Material**"). Paragraph 24 of the Protective Order states that "[i]f the Applicants file or submit any Designated Qualcomm Material in the above-captioned action, the Applicants shall coordinate in good faith with Qualcomm to ensure that such Material is accorded the maximum level of protection available under applicable law, including by seeking to file such Designated Qualcomm Material under seal." Paragraph 24 provides further that "Applicants comply with their obligations under this paragraph if they seek an order temporarily placing the Designated Qualcomm Material under seal until such time as Qualcomm has a reasonable opportunity to ask this Court to keep the Material under seal."

Therefore, Netgear seeks leave to file under seal the following documents:

- An unredacted version of the Application;

---

[1] References to a "Dkt. No." that are unaccompanied by a case caption are to the ECF docket numbers in this Section 1782 Proceeding.

- An unredacted version of Netgear's Memorandum of Points and Authorities in Support of the Application;
- An unredacted version of the Declaration of Stephan Dorn in Support of Netgear's *Ex Parte* Application to Modify the Protective Order and an exhibit thereto; and
- An unredacted version of the Declaration of Henry V. Hutten in Support of Netgear's *Ex Parte* Application to Modify the Protective Order and exhibits thereto.

Netgear takes no position on whether these documents and/or portions thereof are properly designated as confidential by Qualcomm or should ultimately be filed under seal. Rather, Netgear files this Motion To Seal in order to comply with the Protective Order, and to fulfill its obligations to coordinate with Qualcomm so that Qualcomm is allowed to seek sealing of these documents if it wishes to do so.

Accordingly, Netgear respectfully requests that this Motion To Seal be granted.

DATED: November 9, 2023        /s/ Bentley P. Stansbury III
                               BENTLEY P. STANSBURY III
                               KEESAL, YOUNG & LOGAN

                               DAVID Y. LIVSHIZ (*pro hac vice*)
                               HENRY V. HUTTEN (*pro hac vice*)
                               GRACE W. BRODY (*pro hac vice*)
                               FRESHFIELDS BRUCKHAUS DERINGER US LLP

                               *Attorneys for Applicants Netgear Inc. and Netgear Deutschland GmbH*