|   |   |
|---|---|
| 1 | BENTLEY P. STANSBURY III, CASB No. 229102 |
|   | bentley.stansbury@kyl.com |
| 2 | KEESAL, YOUNG & LOGAN |
|   | 400 Oceangate |
| 3 | Long Beach, California 90802 |
|   | Telephone:  (562) 436-2000 |
| 4 | Facsimile:   (562) 436-7416 |
|   |   |
| 5 | DAVID Y. LIVSHIZ (*pro hac vice*) |
|   | david.livshiz@freshfields.com |
| 6 | HENRY V. HUTTEN (*pro hac vice*) |
|   | henry.hutten@freshfields.com |
| 7 | GRACE W. BRODY (*pro hac vice*) |
|   | grace.brody@freshfields.com |
| 8 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
|   | 601 Lexington Avenue, 31st Floor |
| 9 | New York, New York 10022 |
|   | Telephone:  (212) 277-4000 |
| 10 | Facsimile:   (212) 277-4001 |

*Attorneys for Applicants Netgear Inc.
and Netgear Deutschland GmbH.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | CASE NO.: 3:23-MC-00794-BLM |

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States and am employed in New York County. I am over the age of eighteen (18) years and not a party to this action; my business address is 601 Lexington Ave., 31st Floor, New York, New York 10022. On November 9, 2023, I served the following document(s):

- ***EX PARTE* APPLICATION OF NETGEAR INC AND NETGEAR GMBH TO MODIFY PROTECTIVE ORDER**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH TO MODIFY PROTECTIVE ORDER**
- **DECLARATION OF HENRY V. HUTTEN IN SUPPORT OF *EX PARTE* APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH TO MODIFY PROTECTIVE ORDER AND SUPPORTING EXHIBITS**
- **DECLARATION OF STEPHAN DORN IN SUPPORT OF *EX PARTE* APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH TO MODIFY PROTECTIVE ORDER AND SUPPORTING EXHIBIT**
- **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF NETGEAR INC AND NETGEAR GMBH TO MODIFY PROTECTIVE ORDER AND SUPPORTING EXHIBIT**

BY ELECTRONIC MAIL TRANSMISSION: I sent a PDF format copy of the sealed, unredacted versions of these papers by electronic mail transmission to each such person at the email address listed below. The transmission was reported as complete without error.

| | |
|---|---|
| David A. Kays<br>dkays@mffmlaw.com<br>MORGAN FRANICH FREDKIN SIAMAS & KAYS<br>333 W. San Carlos St., Ste. 1050<br>San Jose, California 95110<br>Telephone: (408) 288-8288<br>Facsimile: (408) 288- 8325 | Counsel For Respondent<br>QUALCOMM INCORPORATED |

I also understand that PDF format copies of the redacted, publicly available versions of the above-listed papers were sent through the CM/ECF system to each person at the e-mail address listed above upon their filing with the court.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed on November 14, 2023 at New York, New York.

*/s/ Henry V. Hutten*
Henry V. Hutten