1  DAVID KAYS, ESQ. (SBN 120798)
   *dkays@mffmlaw.com*
2  WILLIAM SIAMAS (SBN 133111)
   *wsiamas@mffmlaw.com*
3  MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
   333 W. San Carlos Street, Suite 1050
4  San Jose, California 95110-2735
   Telephone:   (408) 288-8288
5  Facsimile:   (408) 288-8325

6  Attorneys for Respondent
   QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: *EX PARTE* APPLICATION OF NETGEAR INC. AND NETGEAR DEUTSCHLAND GMBH FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 3:23-MC-00794-BLM<br><br>**RESPONSE OF QUALCOMM INCORPORATED TO NETGEAR INC. AND NETGEAR GMBH'S MOTION TO SEAL PORTIONS OF THEIR EX PARTE APPLICATION TO MODIFY PROTECTIVE ORDER AND RELATED DOCUMENTS** |
|---|---|

Pursuant to the Court's November 14, 2023 Order Setting Briefing Schedule (Dkt. 25), Qualcomm Incorporated ("Qualcomm") hereby responds to the Motion of Netgear Inc. and Netgear GMBH ("Netgear") to Seal Portions of Their *Ex Parte* Application to Modify Protective Order and Related Documents ("*Ex Parte* Application"), as follows:

Qualcomm has reviewed the public and sealed versions of Netgear's *Ex Parte* Application and, while Qualcomm appreciates that Netgear has erred on the side of caution in proposing redactions and making its motion to seal, no confidential information has been disclosed in the *Ex Parte* Application that requires sealing.

1

QUALCOMM INC.'S RESPONSE TO NETGEAR'S MOTION TO SEAL   CASE NO. 3:23-MC-00794-BGS (S.D. Cal.)

| | | |
|---|---|---|
| 1 | Dated: November 22, 2023 | Respectfully submitted, |
| 2 | | MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP |
| 3 | | |
| 4 | | By:  */s/ David A. Kays* |
| 5 | | DAVID A. KAYS, ESQ. Attorneys for Respondent |
| 6 | | Qualcomm Incorporated |

2

QUALCOMM INC.'S RESPONSE TO NETGEAR'S MOTION TO SEAL    CASE NO. 3:23-MC-00794-BGS (S.D. Cal.)